JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DARRION LARRY ALEXANDER,      )   No. CV 09-06428-FMC (VBK)
                              )
              Petitioner,     )   JUDGMENT
                              )
      v.                      )
                              )
KEN CLARK,                    )
                              )
              Respondent.     )
_____)

Pursuant to the Memorandum and Order Dismissing Habeas Petition as Time-Barred,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: November 30, 2009

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE